FILED

04/12/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0390

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0390

RANDY LAEDEKE, DARLA PRENN, for
THE ESTATE OF LILA M. LAEDEKE,

Plaintiffs and Appellants,

v.

BILLINGS CLINIC, and John Doe Defendants
unknown at this time,

Defendants and Appellees.

**FILED**

APR 1 2 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant Randy Laedeke has filed a motion for extension of time within which to file his opening brief. Good cause appearing,

IT IS HEREBY ORDERED that Appellant Randy Laedeke has until April 26, 2022, within which to file his opening brief.

No further extensions will be granted.

DATED this 12 day of April, 2022.

For the Court,

_____
Justice